| Fill in this Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Enrique   E   Sangama | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: District of New Jersey | | |
| | (State) | |
| Case number: | 10-18257 | |

2021 SEP -8 PM 1:54

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 1,560.00 |
|---|---|
| Claimant's Name: | Enrique E Sangama |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 87 Elberon Ave<br>Hawthorne NJ 07506<br><br>Phone number:  (201) 543-8190<br>Email address: |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (check the statements that apply):

☒ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

3. **Supporting Documentation**

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

4. **Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney<br>
District of New Jersey<br>
Peter Rodino Federal Building<br>
970 Broad Street, Suite 700<br>
Newark, New Jersey   07102

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 8/25/21 | Date: |
| Signature of Applicant *[signed]* | Signature of Co-Applicant (if applicable) |
| Enrique E Sangama | |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: 87 Elberon Ave<br>Hawthorne NJ 07506 | Address: |
| Telephone: (201) 543-8190 | Telephone: |
| Email: | Email: |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550
(973) 227-2840
Chapter 13 Standing Trustee

IN RE:

ENRIQUE E. SANGAMA

Case No.: 10-18257 DHS

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $1,560.00, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

| | |
|---|---|
| Payee Name & Address: | Enrique E. Sangama (Debtor's Refund)<br>38 Hillman Street<br>Paterson, NJ 07522 |
| Amount: | $1,560.00 |
| Trustee Claim Number: | 0 |
| Reason: | Checks have been returned as undeliverable |

May 20, 2014

/s/Marie-Ann Greenberg
MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE





XRATED

U.S. Bankruptcy Court Clerk's Ofc.
Martin Luther King, Jr. Federal Bldg.
50 Walnut Street
P.O. Box 1352
Newark, NJ 07102