UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

*Trustee*
**Marie-Ann Greenberg**
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

In Re:

Enrique E Sangama

Case No.: 10-18257

Chapter: 13

Judge: Donald H. Steckroth

# ORDER GRANTING APPLICATION FOR
# PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

On _____6/31/21_____, an application was filed for the Claimant(s), __Enrique E Sangama__, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $ __1,560.00__ held in unclaimed funds be made payable to __Enrique E Sangama__ and be disbursed to the payee at the following address:

87 Elberon Ave

Hawthorne NJ 07506

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*