| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Marie-Ann Greenberg**<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550<br><br>In Re:<br><br>Enrique E Sangama | Case No.: 10-18257<br><br>Chapter: 13<br><br>Adv. No.: _____<br><br>Hearing Date: _____<br><br>Judge: Donald H. Steckroth |

2021 SEP -8 PM 1:54

*Rob Klein*

## CERTIFICATION OF SERVICE

1. I, __Enrique E Sangama__ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☒ am the __debtor__ in this case and am representing myself.

2. On __8/31/21__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __08/25/21__        Signature: _(signed)_

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Marie-Ann Greenberg**<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Case Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ralph A Ferro, Jr, Esq Law Offices<br>66 East Main Street, 3rd Floor<br>Little Falls, NJ 07424 | Debtor's attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **U.S. Bankruptcy Court Clerk's Ofc.**<br>  **Martin Luther King, Jr. Federal Bldg.**<br>  **50 Walnut Street**<br>  **P.O. Box 1352**<br>  **Newark, NJ 07102** | Clerk's office | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Office of The United States Trustee**<br>  **One Newark Center**<br>  **1085 Raymond Boulevard Suite 2100**<br>  **Newark, NJ 07102** | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Office of the United States Attorney**<br>**District of New Jersey**<br>**970 Broad Street, Suite 700**<br>**Newark, New Jersey 07102** | U.S. Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2