Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 10−18257−DHS
          Chapter: 13
          Judge: Donald H. Steckroth

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Enrique E Sangama
   38 Hillman Street
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−6001

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

      Please be advised that on October 1, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 75 − 69
Order Granting Application For Payment of Unclaimed Funds (Related Doc # 69). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/1/2021. (wir)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 1, 2021
JAN: wir

                                                                                   Jeanne Naughton
                                                                                   Clerk